Case 1:26-cv-23704-JB Document 3 Entered on FLSD Docket 05/27/2026 Page 1 of 1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Victor Alcorn,<br>*Plaintiff(s)*<br><br>v.<br><br>Millionaire Mentor, Inc.,<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No.   26-cv-23704-Becerra<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Millionaire Mentor, Inc.
    c/o Harvard Business Services, Inc.
    16192 Coastal Highway
    Lewes, DE 19958

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States, or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**CRAIG SANDERS**
**SANDERS LAW GROUP**
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   May 27, 2026

          **SUMMONS**

          *s/ C. A. Weech*

          Deputy Clerk
          U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-CV-23704-JB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* **MILLIONAIRE MENTOR, INC.**

was received by me on *(date)* 06/05/2026

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* HARVARD BUSINESS SERVICES, INC., AS AGENT, ACCEPTED BY ALLISON RATHMANNER(MANAGING AGENT EMPLOYED AT REGISTERED AGENT) , who is

designated by law to accept service of process on behalf of *(name of organization)* MILLIONAIRE MENTOR, INC.
16192 COASTAL HIGHWAY, LEWES, DE 19958 on *(date)* 06/05/2026 AT 3:40 PM .

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify)*:

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 06/05/2026 _____

*Server's signature*

FRANK PRITCHETT - PROCESS SERVER

*Printed name and title*

BRANDYWINE PROCESS SERVERS, LLC
PO BOX 1360, WILMINGTON, DE 19899
302-475-2600

*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION; COMPLAINT; EXHIBITS 1-2;